# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIE SMITH, | ) 1:07cv1298 GSA )   ) |
| Plaintiff, | ) ORDER ON EX PARTE APPLICATION FOR ) ORDER SHORTENING TIME TO HEAR |
| v. | ) MOTION ) |
| UNITED STATES OF AMERICA, | ) ) (Document 19) ) |
| Defendant. | ) ) ) |

The court has considered Plaintiff, Carie Smith's (hereinafter, "Plaintiff") Ex Parte Application to Shorten Time to hear Plaintiff's Motion to Extend Expert Discovery Cutoff. The application is GRANTED.

The date and time of the hearing of the Motion to Extend Expert Discovery Cutoff is August 29, 2008 at 9:30 in Courtroom 10. Any opposition to the motion shall be filed no later than 12:00 pm on Wednesday, August 27, 2008. An optional reply shall be filed no later than 12:00 pm on Thursday, August 28, 2008. There appears to be a discrepancy regarding whether Plaintiff timely designated Dr. Kwong as an expert. See, Declaration of Jeffrey Lodge, in Support of Motion for Summary Judgement dated August 8, 2008 at ¶ 6. As such, Plaintiff shall file proof of such designation no later than 12:00 pm on Thursday, August 28, 2008.

IT IS SO ORDERED.

Dated : August 21, 2008        /s/ Gary S. Austin
                               The Honorable Gary S. Austin
                               United States Magistrate Judge

1