1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY J. LODGE (SBN 152205)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant United States of America

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10
   CARIE SMITH,                        )   1:07-cv-01298-GSA
11                                     )
                   Plaintiff,          )   **STIPULATION FOR DISMISSAL;**
12                                     )   **ORDER**
        v.                             )
13                                     )
   UNITED STATES OF AMERICA,           )
14                                     )
                   Defendant.          )
15 _____    )

16      Pursuant to the terms of a written Settlement Agreement as

17 well as the provisions of Fed. R. Civ. P. 41(a)(1), the parties,

18 by and through their respective counsel, hereby stipulate that

19 this action be dismissed with prejudice.

20      IT IS SO STIPULATED.

21 CHAIN, YOUNGER, COHN & STILES      McGREGOR W. SCOTT
                                      United States Attorney
22

23 /s/Paul A. Welchans                /s/Jeffrey J. Lodge
   Paul A. Welchans                   Jeffrey J. Lodge
24 Attorneys for Plaintiff            Assistant U.S. Attorney
                                      Attorneys for Defendant
25                                    United States of America

26 Dated: October 13, 2008            Dated: October 14, 2008

27 ///

28 ///

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE. The Clerk of the Court is ordered to close this case.

IT IS SO ORDERED.

Dated:   **October 15, 2008**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE